02-13-045-CR









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-13-00045-CR

 

 


 
 
 Adan
 Martinez
  
  
  
 v.
  
  
  
 The
 State of Texas
 
 
 §
  
 §
  
 §
  
 §
  
 §
 
 
 From the 371st District
 Court
  
 of
 Tarrant County (1219208D)
  
 March
 14, 2013
  
 Per
 Curiam
  
 (nfp)
 
 


 

JUDGMENT

          This
court has considered the record on appeal in this case and holds that the
appeal should be dismissed.  It is ordered that the appeal is dismissed for want
of jurisdiction.

 

SECOND DISTRICT COURT OF APPEALS

 

 

 

PER CURIAM

 

 

 

 

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-13-00045-CR

 

 


 
 
 Adan Martinez
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 The State of Texas
 
 
  
 
 
 STATE
 
 


 

 

----------

FROM THE 371st District Court
OF Tarrant COUNTY

----------

MEMORANDUM
OPINION[1]

----------

Adan
Martinez attempts to appeal from his conviction and fifteen-year sentence for aggravated kidnapping.

The
trial court sentenced appellant on October 17, 2011.  Because appellant did not
file a motion for new trial, his notice of appeal was due November 16, 2011.  See
Tex. R. App. P. 26.2(a)(1).  Appellant did not file a notice of appeal until February
1, 2013 (which he mailed on January 28, 2013).  We have received no response to
our February 5, 2013 inquiry regarding jurisdiction.

Because
appellant did not timely invoke the jurisdiction of this court,[2]
we dismiss the appeal for want of jurisdiction.  See
Tex. R. App. P. 43.2(f); Olivo v. State, 918 S.W.2d 519, 522–23 (Tex.
Crim. App. 1996).

 

PER CURIAM

 

PANEL: 
LIVINGSTON,
C.J.; DAUPHINOT and GARDNER, JJ.

 

DO
NOT PUBLISH

Tex.
R. App. P. 47.2(b)

 

DELIVERED:  March 14, 2013









[1]See Tex. R. App. P. 47.4.





[2]Even if appellant’s notice
of appeal had been timely, the trial court’s certification of his right to
appeal correctly states that this “is a plea-bargain
case, and the defendant has NO right of appeal.”  See Tex. R. App. P.
25.2(a)(2), (d).